UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Criminal No.: 05-186 (RJL) |
| : | |
| GREGORY GOODING : | |
| : | |
| Defendant.   : | |

## NOTICE OF ASSIGNMENT AND SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is currently assigned to Assistant United States Attorney, Amy Jeffress. This is a notice that Assistant United States Attorney, Patricia King McBride, Bar Number PA54561, telephone number (202) 514-7549, is entering appearance as substitute counsel in this same matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
PATRICIA KING MCBRIDE
Assistant United States Attorney
Bar Number PA54561
Narcotics Section
555 4th Street, N.W.
Washington, DC 20001
(202)514-7549; Fax: (202) 353-9414

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served upon the attorney for the defendant, Mary Petras, Federal Public Defender Service, 625 Indiana Avenue, NW, Suite 550, Washington, D.C. 20004, this 24th day of May, 2005.

_____
ASSISTANT UNITED STATES ATTORNEY