UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**         :
                                      :
    **v.**                              :     Cr. No. 05-186 (RJL)
                                      :
**GREGORY A. GOODING.**               :

### ORDER

Upon consideration of Defendant's Motion to Suppress Statements and Memorandum of Points and Authorities in Support thereof, and finding good cause shown, it is this ___ day of _____, 2005, hereby

ORDERED that the motion is GRANTED.

_____
The Honorable Richard J. Leon