UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : Cr. No. 05-186 (RJL) |
| | : |
| **GREGORY A. GOODING.** | : |

### ORDER

Upon consideration of Defendant's Motion to Suppress Tangible Evidence and finding good cause shown, it is this ___ day of _____, 2005, hereby

ORDERED that the motion is GRANTED.

_____
The Honorable Richard J. Leon