IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Criminal Case No. 05-186 (RJL)** |
| | : | |
| **GREDORY A. GOODING** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Upon consideration of the Government's Opposition to the Defendant's Motion to Suppress in the above captioned case, it is this _____ day of August, 2005, hereby **ORDERED** that the Defendant's Motion to Suppress is hereby Denied.

_____
JUDGE RICHARD J. LEON
UNITED STATES DISTRICT COURT

Copies to:
Patricia King McBride
Assistant United States Attorney
555 Fourth Street NW
Washington, DC 20530

Mary Manning Petras, Esq.
Assistant Federal Defender
625 Indiana Avenue, N.W.
Suite 500
Washington, D.C. 20004