UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**          :
                                       :
    v.                               :          Cr. No. 05-186 (RJL)
                                       :
**GREGORY A. GOODING.**                :

UNOPPOSED MOTION TO VACATE
MOTIONS HEARING AND SCHEDULE PLEA HEARING

    Mr. Gregory A. Gooding, the defendant, through undersigned counsel, respectfully moves this Honorable Court to vacate the motions hearing scheduled for September 19, 2005, and schedule a plea hearing. In support of this motion, counsel states:

    1. A motions hearing on Mr. Gooding's Motion to Suppress Tangible Evidence is scheduled in this matter for September 19, 2005.

    2. On September 14, 2005, the government located documents which had been mis-filed in the District of Columbia Superior Court and provided these documents to undersigned counsel. These documents support the government's position that the United States Marshals were lawfully in Mr. Gooding's apartment on the date of his arrest.

    3. After reviewing these document, undersigned counsel spoke with Mr. Gooding, and Mr. Gooding decided to entry a guilty plea in this matter. On September 16, 2005, undersigned counsel

contacted government counsel, who will now prepare plea documents. Because the documents must be prepared and reviewed with Mr. Gooding, counsel does not anticipate that the parties would be prepared for a plea hearing on September 19th.

4. Undersigned counsel has spoken with government counsel, who agrees that it would be appropriate to vacate the motions hearing and schedule the plea hearing for another date convenient for the court. Both parties are available for a plea hearing on the afternoon of October 6, 2005, or at any time on October 11th or 13th, 2005.

WHEREFORE, for the foregoing reasons, Mr. Gooding respectfully moves this Honorable Court to vacate the motions hearing scheduled for September 19th, and schedule a plea hearing for another date convenient for the court.

Respectfully submitted,

/s/
_____
Mary Manning Petras
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004

(202) 208-7500