```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA**        :
                                    :
     v.                             Cr. No. 05-186 (RJL)
                                    :
**GREGORY A. GOODING**               :


## ORDER

Upon consideration of defendant's Unopposed Motion to Vacate Motions Hearing and Schedule Plea Hearing, and finding good cause shown, it is this ___ day of September, 2005, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the motions hearing scheduled for September 19, 2005, is vacated; and it is further

ORDERED that a plea hearing is scheduled for _____.


_____
The Honorable Richard J. Leon