UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :
                             :
        v.                   :    Cr. No. 05-186 (RJL)
                             :
GREGORY A. GOODING           :

### ORDER

Upon consideration of defendant's Unopposed Motion to Vacate Motions Hearing and Schedule Plea Hearing, and finding good cause shown, it is this 16th day of September, 2005, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the motions hearing scheduled for September 19, 2005, is vacated; and it is further

ORDERED that a plea hearing is scheduled for Oct 11, 2005, 4:50 pm

_____
The Honorable Richard J. Leon

