UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Crim. No. 05-186 (RJL)** |
| v. | : | |
| | : | |
| | : | Sentencing |
| **GREGORY A. GOODING,** | : | **January 20, 2006** |
| | : | |
| **Defendant.** | : | |

## ORDER

WHEREUPON, having considered the Government's Motion for Guidelines Credit, and the record herein, it is this _____ day of _____, 200__, hereby

ORDERED, that the Government's Motion is hereby GRANTED.


Date: _____          _____
                               RICHARD J. LEON
                               UNITED STATES DISTRICT JUDGE


copies to:

Jessie K. Liu
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Room 4649
Washington, D.C. 20530

Mary Manning Petras
Assistant Federal Public Defender
Federal Public Defender's Office
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004