HONORABLE Richard J. Leon
U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

FILED

MAR 28 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Gregory Gooding                           Criminal Case No.  CR 05-186

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that **Gregory Gooding** having been sentenced, on January 20, 2006, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to   FCI Schuylkill  , in   Minersville, PA   by 2 p.m., on   April 18, 2006  .

_____                    _____
3/28/06                                    Richard J. Leon, U.S. District Judge
Date

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_____                    _____
ATTORNEY/U.S. PROBATION OFFICER           DEFENDANT

Revised 10-95